IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBUR DIVISION

| | |
|---|---|
| Jenean Young, | Civil Action No. 5:16-cv-2490-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

The Defendant, Carolyn W. Colvin, Commissioner of Social Security, has moved this Court to enter a judgment with an order of reversal with remand to the Commissioner for further administrative proceedings under 42 U.S.C. § 405(g). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, Defendant's motion is **GRANTED** and this action is **REMANDED** to the Commissioner for further evaluation under sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schaefer*, 509 U.S. 292 (1993). The clerk of the Court will enter a separate judgment under Rule 58 of the Federal Rules of Civil Procedure.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

March 8, 2017
Charleston, South Carolina